IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| ARLEEN STALLINGS, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 111087C |
| | ) | |
| v. | ) | |
| | ) | |
| COOS COUNTY ASSESSOR | ) | |
| and DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendants. | ) | **DECISION OF DISMISSAL** |

Plaintiff appeals Defendant Department of Revenue's Account Inactivation notice, dated

August 31, 2011, denying Plaintiff's request to continue in the Senior and Disabled Property Tax

Deferral program (Program).

A case management conference was held March 19, 2012. Plaintiff appeared on her own

behalf. Kathy Stevens (Stevens) appeared on behalf of Defendant.

During the conference, Stevens stated that the Oregon legislature made a change to the

eligibility requirements of the Program, stating:

"(1) Property is not eligible for tax deferral under ORS 311.666 to 311.701
unless, at the time a claim is filed and during the period for which deferral is
claimed:

(c) The homestead is insured for fire and other casualty."

(Def's Ans, filed Nov 29, 2011.) Plaintiff stated that she tried to get homeowners insurance but

no one would come out nor insure the property. Stevens stated that there is no exception to the

insurance requirement. Stevens provided Plaintiff with the telephone number of the Coos

County Assessor, stating that Plaintiff can contact Coos County to work out a payment plan for

their property taxes. Plaintiff stated that she is trying to sell her property and move closer to her

daughter. Plaintiff thanked the court and Stevens.

Because the law requires that Plaintiff maintain homeowner insurance to be eligible to participate in the Program, Plaintiff currently does not qualify for the Program. The court has no jurisdiction to waive the homeowner insurance requirement. If Plaintiff obtains homeowner insurance on her property, Plaintiff can reapply for the Program. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is dismissed.

Dated this ___ day of March 2012.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on March 21, 2012. The Court filed and entered this document on March 21, 2012.*

DECISION OF DISMISSAL  TC-MD 111087C                                                                    1